IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Womack, Janice Beatrice | Case Number: 07 B 11206 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 8/5/08 | Filed: 6/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 25, 2008
Confirmed: October 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,826.81 |  |
| Secured: |  | 3,258.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,277.31 |
| Trustee Fee: |  | 290.90 |
| Other Funds: |  | 0.00 |
| Totals: | 4,826.81 | 4,826.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,750.00 | 1,277.31 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | New Falls Corporation | Secured | 10,048.47 | 3,258.60 |
| 5. | HomEq Servicing Corp | Secured | 16,239.58 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 328.85 | 0.00 |
| 7. | T Mobile USA | Unsecured | 125.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 141.23 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 54.94 | 0.00 |
| 10. | Chase Bank | Unsecured | 309.77 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 206.60 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 562.67 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 18.06 | 0.00 |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Monogram Bank USA | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Aspire Visa | Unsecured | | No Claim Filed |
| 19. | RMI/MCSI | Unsecured | | No Claim Filed |
| 20. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 21. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 22. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 23. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,785.17 | $ 4,535.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Womack, Janice Beatrice

Printed:  8/5/08

Case Number:  07 B 11206
Judge:  Squires, John H
Filed:  6/22/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 112.15 |
| 6.5% | 178.75 |
| | _____ |
| | $ 290.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

